FILED

09/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0673

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| CASCADE COUNTY,<br><br>        Appellant/Cross-Appellee,<br><br>vs.<br><br>MONTANA PETROLEUM TANK<br>RELEASE COMPENSATION<br>BOARD,<br><br>        Appellee/Cross-Appellant. | **Case No. DA 19-0673**<br><br><br>**ORDER** |

Appellee/Cross-Appellant Montana Petroleum Tank Release Compensation Board filed an *Unopposed Motion for Extension of Time* within which to file its Cross-Appellant's Reply Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that said motion is GRANTED. A Cross-Appellant's Reply Brief is due November 9, 2020.